## Calvin M. Hutchinson, Appellant, v. Ruth E. Hutchinson, Appellee.

### Gen. No. 44,106.

opinion filed January 5, 1948; released for publication January 27, 1948. Goldberg, Devoe & Brussell, for appellant; Abraham W. Brussell, of counsel; Edgar A. Jonas and Frederick C. Jonas, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER.' Not to be published in full.

## Arthur B. Pilkington, Appellant, v. Henry L. Balaban, Appellee.

### Gen. No. 44,162.

opinion filed January 5, 1948; released for publication January 27, 1948. Wade G. Morgan, for appellant; Clayton B. Hulsh, for appellee. Opinion by PRESIDING JUSTICE NIEMEYER. Not to be published in full.